# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MARTHA R. ASHMORE,**                                  **PLAINTIFF,**

**VS.**                                      **CIVIL ACTION NO. 1:08CV072-P-D**

**CERIDIAN CORPORATION;**
**AETNA HEALTH AND LIFE INSURANCE COMPANY; and**
**FMC TECHNOLOGIES, INC.,**                                    **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The defendants' motions for summary judgment [44, 46] are hereby **GRANTED**; accordingly,

(2) The plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is closed with the parties to bear their own costs.

**SO ORDERED** this the 22nd day of May, A.D., 2009.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE